In the Matter of Proving the Last Will and Testament of THOMAS LEAMY, Deceased. JOHN J. LEAMY and Others, Appellants; JAMES P. McGRAW and Another, Respondents.— Decree and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT PETERSON, Appellant.— Judgment and order affirmed, with costs, upon the authority of *People* v. *Griffin* (71 Misc. Rep. 568; affd., 149 App. Div. 931). All concurred.

ARTHUR L. VAN ETTEN and Another, Plaintiffs, v. CHARLES M. HIRSCHFELDER and Others, Defendants.— Plaintiffs' exceptions sustained and motion for new trial granted, with costs to plaintiffs to abide event. Held, that the owner was in default in failing to secure the mortgage loan and in making payment thereof according to the terms of the contract. All concurred.

CHARLES A. WHITE, as Administrator, etc., Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the trial court should have submitted to the jury the question of the negligence of the defendant in the operation of its cars at the time of their collision with the plaintiff's decedent, in view of the circumstances attending such collision, and erred in holding as he did respecting contributory negligence. All concurred.

JOSEPH WOPPMAN, Respondent, v. CHARLES L. REICHERT, Appellant.— Order affirmed, with costs. All concurred.

SOPHIA KRAUS, Respondent, v. GEORGE W. PERKINS, as President of Cigarmakers' International Union of America, Appellant.— Judgment and order affirmed, with costs. All concurred.

ELI GOLDSTEIN, Respondent, v. JOHN LAUGHLIN, Appellant.— Judgment and order of Special Term and judgment of City Court of Buffalo reversed, with costs of this appeal. Held, that the evidence fairly shows that the plaintiff failed to earn his commission. All concurred.

EVERETT D. COAKLEY, Respondent, v. ERNEST L. COOLEY, Appellant.— Judgment and order affirmed, with costs. All concurred.

RICHARD R. NALLY, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

MARGARET GLAESER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

EMMA KEYES, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.